Normlyn, Inc., Appellee, v. James Manley, Appellant.

Gen. No. 47,465.

First District, Second Division.
November 25, 1958.
Rehearing denied December 16, 1958.
Released for publication December 16, 1958.

Daniel A. Costigan
(Richard J. Gleason, of counsel) for defendant-appellant; Sonnenschein, Lautmann, Levinson, Rieser, Carlin & Nath (C. Harker Rhodes, Jr., of counsel) for plaintiff-appellee. Opinion by JUSTICE MURPHY. Not to be published in full.